THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JAMES GRIFFIN, Appellant.

(Argued March 27, 1931; decided April 14, 1931.)

*Arthur B. Ewig* for appellant.

*Harry H. Flemming* for respondent.

Judgment of the County Court and that of the City Court of Kingston reversed and complaint dismissed on the ground that the Board of Public Works was without power to adopt the ordinance under which the defendant was convicted; no opinion.

Concur: CARDOZO, Ch. J., CRANE, LEHMAN, KELLOGG and O'BRIEN, JJ. Dissenting: POUND and HUBBS, JJ.